United States Bankruptcy Court
District of Maryland

In re:                                                          Case No. 17-13805-TJC
Elisabeth Taylor                                                Chapter 7
        Debtor
                          **CERTIFICATE OF NOTICE**

District/off: 0416-0         User: smckenna        Page 1 of 2        Date Rcvd: Jun 28, 2017
                             Form ID: 318          Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 30, 2017.
db            +Elisabeth Taylor,   2334 Jameson St,   Temple Hills, MD 20748-6848
tr            +Roger Schlossberg,   18421 Henson Boulevard,   Suite 201,   Hagerstown, MD 21742-1392
30073701      +American Collections Enterprise,   205 S. Whiting St. STE 500,   Alexandria, VA 22304-3632
30073702      +American International Ortho,   P O Box 850,   Oxon Hill, MD 20750-0850
30073703      +Automotive Credit Corporation,   26261 Evergreen Road,   Suite 300,   Southfield, MI 48076-7509
30073731      +Comptroller of the Treasury,   Compliance Division, Room 409,   301 W. Preston Street,
                Baltimore, MD 21201-2305
30073707      +Enhanced Recovery,   P O Box 57547,   Jacksonville, FL 32241-7547
30073709      +Greater Washington ER Physicians,   P.O. Box 500,   Marshall, VA 20116-0500
30073710      +Gregory Morgan, Jr.,   4510 Lords Landing Rd,   Apt 306,   Upper Marlboro, MD 20772-2943
30073711      +Labcorp,   PO Box 2240,   Burlington, NC 27216-2240
30073712      +Medicredit,   P O Box 1629,   Maryland Heights, MO 63043-0629
30073713      +Medstar Physicians Group,   P O Box 418498,   Boston, MA 02241-8498
30073715      +Nationwide,   P O Box 96040,   Charlotte, NC 28296-0040
30073730       Prince George's County,   Treasurer Division,   Room 1090,   Upper Marlboro, MD 20772
30073717      +Progressive Insurance,   P.O. Box 55126,   Boston, MA 02205-5126
30073718      +Schrier Tolin & Wagman,   1390 Piccard Drive,   Suite 315,   Rockville, MD 20850-6539
30073719      +Shalom Dental,   5801 Allentown Road,   Suite 307,   Suitland, MD 20746-4563
30073721      +Specializing in Receivables Management,   P O Box 37038,   Washington, DC 20013-7038
30073732      +State of Maryland DLLR,   Division of Unemployment Insurance,   1100 N. Eutaw Street, Room 401,
                Baltimore, MD 21201-2225
30073722      +United Auto Credit,   1071 Camelback St,   Suite 100,   Newport Beach, CA 92660-3046
30073723      +United Consumers Inc.,   14205 Telegraph Rd. STE 2,   Woodbridge, VA 22192-4615
30073725      +Washington Hospital Center,   c/o Medicredit,   P O Box 1629,   Maryland Heights, MO 63043-0629


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
30073700      +EDI: AFNIRECOVERY.COM Jun 28 2017 19:43:00      AFNI,   1310 MLK Drive,   P O Box 3517,
                Bloomington, IL 61702-3517
30073699      +Fax: 864-336-7400 Jun 28 2017 20:02:02      Advance America,   2514 Columbia Pike,
                Arlington, VA 22204-4408
30073704      +E-mail/Text: rbaldwin@autotrakk.com Jun 28 2017 19:51:29      Autotrakk,   1500 Sycamore Road,
                Montoursville, PA 17754-9416
30073705      +EDI: CCS.COM Jun 28 2017 19:43:00      CCS,   Payment Processing Center,   P.O. Box 55126,
                Boston, MA 02205-5126
30073706      +E-mail/Text: electronicbkydocs@nelnet.net Jun 28 2017 19:50:43      Dept of Education/Nelnet,
                121 S 13th St,   Lincoln, NE 68508-1904
30073714      +EDI: MID8.COM Jun 28 2017 19:43:00      Midland Credit Management,   8875 Aero Dr. Ste 200,
                San Diego, CA 92123-2255
30073720       E-mail/Text: bankruptcy@simplefinance.com Jun 28 2017 19:51:26      Simple Finance,
                1225 E Fort Union Blvd,   Suite 300,   Midvale, UT 84047
30073724      +EDI: VERIZONEAST.COM Jun 28 2017 19:43:00      Verizon,   500 Technology Drive,   Suite 300,
                Saint Charles, MO 63304-2225
                                                                                      TOTAL: 8


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
30073726       Washington Open MRI Center,   INVALID ADDRESS PROVIDED
30073708     ##+First Credit Services,   371 Hoes Lane,   Suite 300B,   Piscataway, NJ 08854-4143
30073716     ##+Neuro Physiology,   9135 Piscataway Road,   Suite 420,   Clinton, MD 20735-2555
                                                                             TOTALS: 1, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2017                          Signature:  /s/Joseph Speetjens

District/off: 0416-0          User: smckenna          Page 2 of 2          Date Rcvd: Jun 28, 2017
                             Form ID: 318             Total Noticed: 30

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 28, 2017 at the address(es) listed below:
            Roger   Schlossberg    trustee@schlosslaw.com,  MD20@ecfcbis.com
            Thaddeus Jay Holmquist    tholmquist16@yahoo.com,  tholmquist18@gmail.com
                                                                        TOTAL: 2

Entered: June 28, 2017
Signed:  June 28, 2017

## SO ORDERED



**THOMAS J. CATLIOTA**
**U.S. BANKRUPTCY JUDGE**

---

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Elisabeth Taylor** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | |

Social Security number or ITIN   **xxx–xx–1172**

EIN   _ _ –_ _ _ _ _ _ _

Social Security number or ITIN   _ _ _ _

EIN   _ _ –_ _ _ _ _ _ _

United States Bankruptcy Court   **District of Maryland**

Case number:   **17–13805 TJC**   **Chapter:  7**

# Order of Discharge

**12/15**

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Elisabeth Taylor

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                    **Order of Discharge**                    page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**